1
2
3
4

**KENNICK & ASSOCIATES**
MICHAEL T. KENNICK, CBN 132406
JOHN C. ELLIS, CBN 217813
110 E. WILSHIRE AVE., SUITE 401
FULLERTON, CA 92832
TELEPHONE: (714) 992-6600
FACSIMILE: (714) 992-6602

5
6  Attorneys for Defendant, United Meat Company, Inc.
7
8                       **UNITED STATES DISTRICT COURT**
9                       **NORTHERN DISTRICT OF CALIFORNIA**
10

11  JACQUES BITTON                                ) **Case no.: 3:11-cv-00470-JSW**
                                                  )
12                Plaintiff,                      )  ORDER ON
                                                  ) **SUBSTITUTION OF ATTORNEY**
13       vs.                                      )
                                                  )
14  UNITED MEAT COMPANY, INC.; PHILLIP )
15  C. GEE, Jr., individually; DOUGLASS GEE,)
    individually; WILLIAM GEE, individually;)
16  LEONARD GEE, individually; DOES ONE )
    through FIFTY, inclusive.,                    )
17                                                )
18                Defendants.                     )
                                                  )
19                                                )

20  Defendant UNITED MEAT COMPANY, INC. hereby substitutes KENNICK & ASSOCIATES,
21  110 E. Wilshire Ave., Suite 401, Fullerton, CA 92832 (tel. 714-992-6600; fax 714.992.6602) as
22  its attorneys of record in place of SEVERSON & WERSON.
23
24  Date:   April 4, 2011              /S/ PHILLIP C. GEE, JR.
25                                     PHILLIP C. GEE, JR. for
                                       UNITED MEAT COMPANY
26
27  ///
28

---
-1-
SUBSTITUTION OF ATTORNEY

1  Date:  April 4, 2011                          KENNICK & ASSOCIATES

2

3                                                /S/ MICHAEL T. KENNICK
                                                 MICHAEL T. KENNICK
4                                                JOHN C. ELLIS

5

6

7  Date:  April 4, 2011                          SEVERSON & WERSON

8

9                                                /S/ HAROLD R. JONES
10                                               RHONDA L. NELSON
                                                 HAROLD R. JONES
11

12

13
   IT IS SO ORDERED.
14
   Date: ___April 22___, 2011
15                                               _____
                                                 Judge                      Court
16

IT IS SO ORDERED
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
SUBSTITUTION OF ATTORNEY

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 E. Wilshire Ave., Suite 401, Fullerton, California, 92832.

On **April 5, 2011**, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action:

[ ]  By placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list;

[ ]  **VIA U.S. MAIL:** The envelopes were sealed and mailed with postage thereon, fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope was deposited with the United States Postal Service in Fullerton, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

[ ]  **VIA EXPRESS MAIL:** By mailing in a sealed envelope (*by express mail, postage prepaid*) in a post office or mailbox regularly maintained by the U.S. Postal Service for Express Mail Service.

[ ]  **VIA PERSONAL SERVICE:** I caused such envelopes to be delivered by hand to counsel listed on the attached service list.

[ ]  **VIA OVERNIGHT DELIVERY:** The papers were deposited in an envelope or package designated by the express service carrier; in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for.

[ ]  **VIA FACSIMILE TRANSMISSION:** I served a true and correct copy of the above referenced document to the persons and fax numbers as stated on the attached service list. The telephone number on the facsimile machine I used is (714) 992-6602. The facsimile machine I used complied with CRC Rule 2003(3), transmission was reported as complete, and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is available upon request.

[ ]  **VIA EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  **VIA ELECTRONIC TRANSMISSION [CM/ECF SYSTEM]:** Based on the United States District Court's General Order No. 08-02, I caused the above-referenced documents to be sent to the persons at the e-mail addresses listed on the attached service list by way of the Court's CM/ECF System (Case Management/Electronic Case Filing System). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **VIA LEXISNEXIS FILE & SERVE** (on all parties listed on the service list with LexisNexis in compliance with court's order)

[ ]  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above information is true and correct. Executed on **April 5, 2011**, at Fullerton, California.

[X]  **(FEDERAL):** I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct. Executed on **April 5, 2011**, at Fullerton, California.

/S/ ANDREA L. TEZINO
**ANDREA L. TEZINO**

## SERVICE LIST

***Attorneys for Plaintiff, Jacques Bitton***
Arnold I. Berschler, Esq.
**BERSCHLER ASSOCIATES, PC**
22 Batter Street, Suite 810
San Francisco, CA 94111
Phone: (415) 398-1414
Fax:  (415) 398-1410

***Co-Counsel for Defendants, United Meat Company, Inc.***
Rhonda L. Nelson, Esq.
Harold R. Jones, Esq.
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415) 398-3344
Fax: (415) 956-0439

***Attorneys for Defendants, Phillip C. Gee, Jr.; Douglas Gee; William Gee; and Leonard Gee.***
Rhonda L. Nelson, Esq.
Harold R. Jones, Esq.
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415) 398-3344
Fax: (415) 956-0439