IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUES BITTON,

    Plaintiff,

v.

UNITED MEAT COMPANY, INC., et al.,

    Defendants.

No. C 11-00470 JSW

**ORDER OF REFERRAL**

The Court HEREBY REFERS this matter to court-connected mediation, to be conducted by within ninety days, if possible. The parties shall promptly notify the Court whether the case is resolved at the mediation.

**IT IS SO ORDERED.**

Dated: August 22, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc:    ADR Department