William J. Ziegler (SBN 041203)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for defendant
William Gee, an individual

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES BITTON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED MEAT COMPANY, INC.; PHILLIP C. GEE, JR., individually; WILLIAM GEE, individually; LEONARD GEE, individually,<br><br>Defendants. | Case No. 11:-cv-00470 JSW<br><br>SUBSTITUTION OF ATTORNEY |

NOTICE is hereby given that, subject to the approval of the Court, defendant WILLIAM GEE hereby substitutes the law firm of Seiler Epstein Ziegler & Applegate LLP as counsel of record in the above-captioned action in and for the place of Severson & Werson, a Professional Corporation.

Consent to the foregoing substitution is provided by:

Dated: December ___, 2011

By: _____
    William Gee

Dated: December _1_, 2011        **SEVERSON & WERSON, P.C.**

By: _____
    Harold R. Jones

1  William J. Ziegler (SBN 041203)
   Douglas A. Applegate (SBN 142000)
2  **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
   101 Montgomery Street, 27th Floor
3  San Francisco, California 94104
   Phone: (415) 979-0500
4  Fax:    (415) 979-0511

5  Attorneys for defendant
   William Gee, an individual

6

7

8              UNITED STATES DISTRCIT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUES BITTON,                         Case No. 11:-cv-00470 JSW

12         Plaintiff,                      SUBSTITUTION OF ATTORNEY

13    vs.

14 UNITED MEAT COMPANY, INC.; PHILLIP
   C. GEE, JR., individually; WILLIAM GEE,
15 individually; LEONARD GEE, individually,

16         Defendants.

17    NOTICE is hereby given that, subject to the approval of the Court, defendant

18 WILLIAM GEE hereby substitutes the law firm of Seiler Epstein Ziegler & Applegate LLP as

19 counsel of record in the above-captioned action in and for the place of Severson & Werson, a

20 Professional Corporation.

21    Consent to the foregoing substitution is provided by:

22    Dated: December ___, 2011

23

24                                         By: _____
                                                    William Gee
25

26    Dated: December 5, 2011              **SEVERSON & WERSON, P.C.**

27

28                                         By: _____
                                                    Harold R. Jones

                                   1
                          SUBSTITUTION OF ATTORNEY
                          CASE NO. 11-cv-00470 JSW

*Left margin (vertical):* SEILER EPSTEIN ZIEGLER & APPLEGATE LLP — Attorneys at Law

Dated:  December 5, 2011

              **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

           By: _____/s/_____
              Douglas A. Applegate

               ORDER

The substitution of attorney noticed above is hereby approved and so ORDERED.

Date:  December _6_, 2011        _____
                Hon. Jeffrey S. White
                United States District Judge