IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUES BITTON,

    Plaintiff,

v.

UNITED MEAT COMPANY, INC., et al.,

    Defendants.
                                          /

No. C 11-00470 JSW

**ORDER TO SHOW CAUSE**

On February 28, 2012, plaintiff Jacques Bitton ("Plaintiff") filed notice of the bankruptcy petitions filed by defendants Phillip C. Gee, Jr. and United Meat Company, Inc. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against Phillip C. Gee, Jr. and United Meat Company.

By no later than **March 15, 2012**, the parties in the above captioned matter shall file simultaneous briefs explaining what effect, if any, the stay as to Phillip C. Gee, Jr. and United Meat Company has on the case with respect to the other parties. In particular, the parties should address whether the case may proceed against defendants Douglas Gee, William Gee, and Leonard Gee.

**IT IS SO ORDERED.**

Dated: March 2, 2012

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE