IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUES BITTON,

    Plaintiff,

No. C 11-00470 JSW

v.

UNITED MEAT COMPANY, INC., et al.,

**ORDER ADMINISTRATIVELY CLOSING CASE**

    Defendants.
                                       /

On February 28, 2012, plaintiff Jacques Bitton ("Plaintiff") filed notice of the bankruptcy petitions filed by defendants Phillip C. Gee, Jr. and United Meat Company, Inc ("UMC"). Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against Phillip C. Gee, Jr. and United Meat Company. Plaintiff's claims against the remaining defendants, Douglas Gee, William Gee, and Leonard Gee, hinge upon Plaintiff's allegation that they may be liable as his employer as the alter ego of UMC. Plaintiff does not dispute that the automatic stay applies to all defendants. Instead, Plaintiff informed the Court that he intends to seek leave from the bankruptcy court to lift the stay. Accordingly, this entire action is STAYED.

///

///

///

///

///

By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: March 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE