UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUES BITTON,

    Plaintiff,

v.

UNITED MEAT COMPANY, INC., et al.,

    Defendants.

Case No. 11-cv-00470-JSW

**ORDER REQUIRING STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS**

On March 16, 2012, the Court administratively closed this case, pursuant to Notices of Bankruptcy. The Court HEREBY ORDERS the parties to submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015

JEFFREY S. WHITE
United States District Judge