UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUES BITTON,

    Plaintiff,

v.

UNITED MEAT COMPANY, INC., et al.,

    Defendants.

Case No. 11-cv-00470-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On March 16, 2012, the Court administratively closed this case, pursuant to Notices of Bankruptcy. On August 12, 2015, the Court issued an Order requiring that the parties submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015. To date, none of the parties to this action have responded to that Order.

Based on the Court's review of the Bankruptcy Dockets for the debtors, it appears that the Bankruptcy cases were closed in April 2012 and August 2012. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE by no later than October 2, 2015, why the Court should not re-open this matter for purposes of dismissing it for failure to prosecute. If Plaintiff fails to file a response to this Order to Show Cause by October 2, 2015, the Court shall re-open this matter and dismiss, without prejudice, for failure to prosecute without further notice to the parties.

**IT IS SO ORDERED.**

Dated: September 9, 2015

JEFFREY S. WHITE
United States District Judge