UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES BITTON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED MEAT COMPANY, INC., et al.,<br><br>        Defendants. | Case No. 11-cv-00470-JSW<br><br>**ORDER RE-OPENING CASE AND DISMISSING WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 16, 2012, the Court administratively closed this case, pursuant to Notices of Bankruptcy. On August 12, 2015, the Court issued an Order requiring that the parties submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015. To date, none of the parties to this action have responded to that Order.

On September 8, 2015, the Court issued an Order to Show Cause directing Plaintiff to show cause why the Court should not re-open this matter for purposes of dismissing it for failure to prosecute. Plaintiff's response was due on October 2, 2015. The Court noted that if Plaintiff failed to file a response to this Order to Show Cause by that date, the Court would re-open this matter and dismiss, without prejudice, for failure to prosecute without further notice to the parties. Because Plaintiff failed to respond to the Order to Show Cause, the Court HEREBY RE-OPENS this matter, and HEREBY DISMISSES WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 5, 2015

JEFFREY S. WHITE
United States District Judge